Dismissed and Memorandum Opinion filed October 16, 2008








Dismissed
and Memorandum Opinion filed October 16, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00793-CV

____________

 

YIGAL BOSCH, CORPUS CHRISTI STAPLES, LLC, MIDLAND
WESTERN BUILDING LLC, and 201-209 EAST MULBERRY, LLC, Appellants

 

V.

 

TONI SCOTT, Appellee

 



On Appeal from the
113th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-57363



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from an interlocutory order appointing a receiver signed August 11,
2008.  On October 1, 2008,  appellant filed a motion to dismiss the appeal
because the case has settled.  See Tex.
R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed October
16, 2008.

Panel consists of Chief Justice Hedges and Justices
Guzman and Brown.